**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 13-2205 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DENTIST COOLEY, | |
| _____/ | |

    This action is dismissed without prejudice to plaintiff filing a new action for which he pays the full filing fee at the time he files his complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: November 22, 2013

                                            _____
                                            SUSAN ILLSTON
                                            United States District Judge