United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DENTIST COOLEY,<br><br>_____/ | No. C 13-2205 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 22, 2013

                                                    _____
                                                  SUSAN ILLSTON
                                                United States District Judge